

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-13-00887-CV

**Aurora A. RODRIGUEZ**, Israel Rodriguez, Edelmiro Romeo Alvarez, Silverio Simon Alvarez, Anita Irma Guerra, Emilio Roman Alvarez, Adrian Alvarez, Teodoro Alvarez Jr., and Primitivo Alvarez,
Appellants

v.

Ventura **HERNANDEZ,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-11-423
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

In response to this court's prior order, appellants have provided written proof that the clerk's fee has been paid for the preparing of the clerk's record. The clerk's record must be filed in this appeal no later than twenty days from the date of this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court